UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VERNAY LABORATORIES, INC., | Case No. 3:10-cv-259 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Michael R. Merz |
| vs. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 14); (2) GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. 11); AND (3) DISMISSING THE COMPLAINT WITH PREJUDICE**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on November 18, 2010, submitted a Report and Recommendations. (Doc. 14). Neither party filed objections to the Report and Recommendations.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted.

Accordingly, the Report and Recommendations (Doc. 14) is **ADOPTED** in full, Defendants' motion for judgment onthe pleadings (Doc. 11) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Date: 12/9/10

Timothy S. Black
United States District Judge